**In re CHASE & SANBORN CORP. f/k/a General Coffee Corp. et al., Debtor(s).**

**Paul C. NORDBERG, as Trustee etc., Plaintiff,**

v.

**BANK OF CREDIT AND COMMERCE INTERNATIONAL, Defendant.**

**Bankruptcy No. 83–00889–BKC–TCB. Adv. No. 85–0712–BKC–TCB–A.**

United States Bankruptcy Court, S.D. Florida.

Aug. 8, 1985.

44

Roberta A. Colton, Tampa, Fla., for defendant.

John H. Genovese, Miami, Fla., for plaintiff.

## ORDER DENYING JURY TRIAL

THOMAS C. BRITTON, Bankruptcy Judge.

The defendant's demand for jury trial in this adversary proceeding was heard on August 5. The demand for a jury trial is denied.

The action is to avoid a preference under 11 U.S.C. § 547(b). No right to a jury existed under the Common Law for such an action, which is a statutory remedy bottomed on principles of equity. *Katchen v. Landy,* 382 U.S. 323, 86 S.Ct. 467, 15 L.Ed.2d 391 (1966); *Sibley v. Fulton Dekalb Collection Service,* 677 F.2d 830 (11th Cir.1982); *Country Junction, Inc. v. Levi Strauss & Co. (In re Country Junction, Inc.),* 41 B.R. 425 (W.D.Tex.1984); *Lerblance v. Rodgers (In re Rodgers & Sons, Inc.),* 48 B.R. 683 (Bankr.E.D.Okla.1985); *Pennels v. Barnes (In re Best Pack Seafood, Inc.),* 45 B.R. 194 (Bankr.D.Me.1984). I see no reason to exercise this court's discretion to provide a jury in this instance.